UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re ) 
) NO. 10-03403
GAMBLE, Thomas L. )
) CERTIFICATE OF MAILING
Debtor(s). )
)

I hereby certify under penalty of perjury of the laws of the State of Washington that the following is true and correct:

That on 12-7-10, I deposited in the U. S. Mail, first class, postage prepaid, a copy of the MOTION AND NOTICE FOR ORDER AVOIDING JUDGMENT LIEN/CLOUD ON HOMESTEAD TITLE to the following:

Dawn R. Holland (Gamble)
PO Box 1712
Olympia, WA 98507-1712

DATED: 12/7/10

/S/ Kathy Ralph
Kathy Ralph

Certificate of Mailing