UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re ) NO. 10-03403
)
GAMBLE, Tom )
) CHAPTER 13 NOTICE OF
Debtor(s). ) APPLICATION FOR
) COMPENSATION AND
) REIMBURSEMENT OF EXPENSES

TO: Any interested party

The debtor's attorney has on this date, filed an Application for Compensation and Reimbursement of Expenses Pursuant to 11 USC 330, which is Application #1, and which is an interim application. Fees and costs requested are $3,816 fees and $308.70 costs. The basis for this request is compensation for services provided to the debtor in this Chapter 13 proceeding.

In the event the debtor and/or any party in interest has an objection to the application, then the objecting party should file an objection with the Clerk of the Bankruptcy Court, P.O. Box 2164, Spokane, WA 99210, and serve a copy on VanNoy Culpepper, 3908 Creekside Loop, #125, Yakima, WA 989012, on or before 24 days from the date of this notice. The objection should set forth the grounds for objecting thereof. In the event no objection is received prior to 24 days from the date of this notice, an order providing for the relief requested as set forth in the motion herein shall be presented ex parte to the court for signature.

In the event a timely objection is received, a preliminary hearing will be set.

Dated this 8 day of Dec., 2010.

Attorney for Debtor
By:/s/ *VanNoy Culpepper*
VanNoy Culpepper, WSBA #11565

Notice of Application

*VanNoy Culpepper*
*3908 Creekside Loop #125*
*Yakima, WA 98902*
*(509)457-2490*